1  PHILLIP A. TALBERT
   United States Attorney
2  JESSICA A. MASSEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9                      EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | CASE NO.  1:21-CR-00318-JLT-SKO
12 |                        Plaintiff,  | STIPULATION REGARDING EXCLUDABLE
   |                                    | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |             v.                     | ORDER
14 | MARTIN CONTRERAS,                  | DATE: March 1, 2023
   |                                    | TIME: 1:00 p.m.
15 |                        Defendant.  | COURT: Hon. Sheila K. Oberto
16

17       1.      By previous order, this matter was set for status conference on March 1, 2023.
18       2.      By this stipulation, defendant now moves to continue the status conference until May 17,
19  2023, and to exclude time between March 1, 2023, and May 17, 2023, under 18 U.S.C. § 3161(h)(7)(A),
20  B(iv) [Local Code T4].
21       3.      The parties agree and stipulate, and request that the Court find the following:
22       a)      The government has represented that the discovery associated with this case
23  includes body camera footage, lengthy audio footage, and investigative reports.  All of this
24  discovery has been either produced directly to counsel and/or made available for inspection and
25  copying.
26       b)      The government has extended a plea offer in this case.
27       c)      Counsel for defendant desires additional time to consult with his client, conduct
28  investigation and research related to the charges, and review and copy discovery.

STIPULATION REGARDING EXCLUDABLE TIME                    1
PERIODS UNDER SPEEDY TRIAL ACT

1    d)    Counsel for defendant believes that failure to grant the above-requested

2 continuance would deny him the reasonable time necessary for effective preparation, taking into

3 account the exercise of due diligence.

4    e)    The government does not object to the continuance.

5    f)    Based on the above-stated findings, the ends of justice served by continuing the

6 case as requested outweigh the interest of the public and the defendant in a trial within the

7 original date prescribed by the Speedy Trial Act.

8    g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9 et seq., within which trial must commence, the time period of March 1, 2023 to May 17, 2023,

10 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

11 because it results from a continuance granted by the Court at defendant's request on the basis of

12 the Court's finding that the ends of justice served by taking such action outweigh the best interest

13 of the public and the defendant in a speedy trial.

14    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

15 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

16 must commence.

17    IT IS SO STIPULATED.

18

19

20  Dated:  February 22, 2023                     PHILLIP A. TALBERT
                                                 United States Attorney

21

22                                               /s/ JESSICA A. MASSEY
                                                 JESSICA A. MASSEY
23                                               Assistant United States Attorney

24

25  Dated:  February 22, 2023                     /s/ STEVEN L. CRAWFORD
                                                 STEVEN L. CRAWFORD
26                                               Counsel for Defendant
                                                 MARTIN CONTRERAS

27

28

STIPULATION REGARDING EXCLUDABLE TIME                    2
PERIODS UNDER SPEEDY TRIAL ACT

1

2                                             **ORDER**

3

4        IT IS SO ORDERED.

5

6        DATED:      2/23/2023

                                              _Sheila K. Oberto_
7                                             Hon. Sheila K. Oberto
                                              U.S. Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                    3
PERIODS UNDER SPEEDY TRIAL ACT