PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN CONTRERAS,<br><br>Defendant. | CASE NO. 1:21-CR-00318 JLT<br><br>[AMENDED] STIPULATION VACATING STATUS CONFERENCE, SETTING CHANGE OF PLEA HEARING, AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: May 17, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |
|---|---|

This case is set for a status conference on May 17, 2023. The parties agree and stipulate to vacate the status conference and set a change of plea proceeding for May 22, 2023. This is the first date on which defense will be prepared to appear and proceed with a change of plea hearing.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on May 17, 2023.

2. By this stipulation, defendant now moves to vacate the status conference and set a change of plea proceeding for hearing for **May 22, 2023, at 10:00 a.m. before District Judge Jennifer L. Thurston** and to exclude time between May 17, 2023, and May 22, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties anticipate being in a position to proceed with a change of plea on that

date. This is the first date on which defense will be prepared to appear and proceed with a change of plea.

   b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c) The government does not object to the continuance.

   d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of May 17, 2023 to May 22, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

**[Remainder of page intentionally left blank.]**

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

IT IS SO STIPULATED.

| Dated: April 25, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ KIMBERLY A. SANCHEZ<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| Dated: April 25, 2023 | /s/ STEVEN L. CRAWFORD<br>STEVEN L. CRAWFORD<br>Counsel for Defendant<br>MARTIN CONTRERAS |

**ORDER**

IT IS SO ORDERED.

DATED: 4/27/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE